TRINETTE G. KENT (State Bar No. 222020)
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Manel Abroug

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manel Abroug,<br><br>              Plaintiff,<br><br>     vs.<br><br>Rash Curtis and Associates,<br><br>              Defendant. | Case No.: 5:16-cv-07045-LHK<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendant Rash Curtis and Associates with prejudice, each party to bear its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent_____ | __/s/ __Mark E. Ellis___ |
| Trinette G. Kent<br>Attorney for Plaintiff | Mark E. Ellis<br>Attorneys for Defendant |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2017, a copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Northern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: */s/  Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Manel Abroug